# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2022

## NO.  03-19-00526-CR

**Robert John Markwell, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
## AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment rendered by the trial court on June 19, 2019.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.